UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN J. SASSE,<br><br>                              Plaintiff,<br><br>            -against-<br><br>THE DERECH SHALOM CENTER, INC., et al.,<br><br>                              Defendants. | 25-CV-3500 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously adjourned *sine die*, is SCHEDULED for **December 10, 2025,** at **2:30 p.m.** The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 174307148#. The parties are directed to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 10, by **December 3, 2025**.

Dated:  November 6, 2025
         New York, New York

                                              SO ORDERED.

                                              JESSICA G. L. CLARKE
                                              United States District Judge