UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN J. SASSE, | |
| Plaintiff, | 25-CV-3500 (JGLC) |
| -against- | **ORDER** |
| THE DERECH SHALOM CENTER, INC., et al., | |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

The Court has received and reviewed the parties' proposed Case Management Plan and Scheduling Order. *See* ECF No. 21. The parties are DIRECTED to submit a letter explaining the basis for their requested extension of discovery, including what discovery has been completed thus far and why they need the requested extension, as is required under the Court's Individual Rules. *See* Individual Rule 2(e). The joint letter shall be filed by **December 5, 2025**.

Dated:  December 4, 2025
        New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge