UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOGAN J. SASSE,<br><br>                              Plaintiff,<br><br>                    -against-<br><br>THE DERECH SHALOM CENTER, INC., et al.,<br><br>                              Defendants. | 25-CV-3500 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the answer and counterclaims filed at ECF No. 30, the motion to dismiss at ECF No. 27 is DENIED as moot. Plaintiff shall file any renewed motion no later than March 6, 2026.

The Clerk of Court is respectfully directed to terminate ECF No. 27.

Dated: February 18, 2026
          New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge