**MEMO ENDORSED**



4242 Merrick Road, Massapequa, New York 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COLLINS |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |
| VICTORIA SPAGNOLO, ESQ. | |

**Via: ECF**          **March 25, 2026**

Honorable Judge Jessica G. L. Clarke
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*Before adjourning this conference to another date, the parties shall submit their post-discovery joint status letter as ordered at Paragraph 12 in ECF No. 24. The letter must include, as required under the Court's Individual Rule 3(d), confirmation that the parties engaged in a one-hour settlement discussion, and the parties must state whether they consent to mediation or a settlement conference. After receiving that letter, the Court will determine a new date for the conference. SO ORDERED.*

*Dated: March 26, 2026*
*White Plains, New York*

JESSICA G. L. CLARKE
United States District Judge

> **Re:**    *Sasse v. The Derech Shalom Center, Inc. et al.*; 25-cv-03500-JGLC

Dear Judge Clarke,

My office represents Plaintiff in the above-referenced FLSA/NYLL action. Kindly accept this letter request on behalf of Plaintiff who seeks a brief adjournment of the case management conference currently scheduled for April 8, 2026. Defense counsel has reviewed this letter and consents to its filing.

The reason for this request is that Plaintiff's counsel will be on vacation from April 8, 2026 through April 13, 2026 and will not be able to attend an in-person hearing. The undersigned conferred with defense counsel and determined that they are available to appear for the conference on April 29, 2026 and April 30, 2026, should those dates be convenient for the Court. Upon request, counsel for the Parties can provide additional available dates.

Accordingly, Plaintiff respectfully requests a brief adjournment of the case management plan currently scheduled for April 8, 2026. The Parties remain available should the Court require additional information.

Thank you for your time and attention to this request.

Respectfully submitted,

Victoria Spagnolo, Esq.

cc: all counsel of record via ECF