

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

PARALEGALS

ROSA COLLINS
CATALINA ROMAN

**Via: ECF**                                                          **March 27, 2026**
Honorable Judge Jessica G. L. Clarke
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312



**Re:    *Sasse v. The Derech Shalom Center, Inc. et al.*; 25-cv-03500-JGLC**

Dear Judge Clarke,

My office represents Plaintiff in the above-referenced FLSA/NYLL action. Pursuant to the Parties' Case Management Plan and Your Honor's Order dated March 26, 2026, the Parties jointly submit this status letter and respectfully request an extension of time to complete fact discovery and to engage in a one-hour settlement discussion in accordance with Your Honor's Individual Rules. The current deadline is March 23, 2026. This is the Parties' first such request.

The Parties are continuing to complete discovery in this matter. On January 16, 2026, Plaintiff served Defendants with Requests for Admission, Requests for Production of Documents, and Interrogatories. Defendants have been actively collecting and organizing responsive materials, including documents previously assembled in connection with the mediation, and are in the process of finalizing their responses. Defendants expect to serve responses shortly. Plaintiff intends to file a motion to compel discovery by April 10, 2026 should Defendants fail to respond to discovery requests by that date. Defendants have not served Plaintiff with discovery requests.

In addition, the Parties have been engaged in motion practice relating to Plaintiff's Motion to Dismiss Defendants' Counterclaims, which has overlapped with the discovery schedule. The Parties also note that the letter motion to adjourn the April 8, 2026 conference remains pending.

The Parties remain available should the Court require any additional information. Thank you for Your Honor's time and consideration.

Respectfully submitted,

Victoria Spagnolo, Esq.

cc: all counsel of record via ECF

The case management conference in this matter, currently scheduled for April 8, 2026, at 12:00 p.m., is ADJOURNED *sine die*. The parties are directed to file a revised proposed case management plan for the Court to so order by April 1, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 40. SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge
Dated: March 30, 2026
          White Plains, New York